## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DALLAS L. HUSTON,

              Petitioner,

vs.

STATE OF NEBRASKA,

              Respondent.

**8:20CV20**

**MEMORANDUM
AND ORDER**

Pursuant to the court's previous Memorandum and Order (filing no. 3), Petitioner filed an Amended Petition for Writ of Habeas Corpus (filing no. 4) and a Motion for Leave to Proceed in Forma Pauperis (filing no. 5). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account information at filing no. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 5) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 19th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge